IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Charlotte Littlejohn, | ) | C.A. No.: 7:17-cv-00909-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Standard Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadlines by which they must mediate and file the joint stipulation and dispositive briefs pursuant to the Court's May 15, 2017 Specialized Case Management Order. The parties have advised the Court that they are actively pursuing settlement of this matter and require additional time to attempt to reach a final resolution of this matter. Accordingly, for good cause shown, the Court believes that an extension of time within which to mediate and file the joint stipulation and dispositive briefs is warranted. Therefore, the Court hereby extends the deadline by which the parties must mediate to November 14, 2017, and extends the deadline by the parties must file the joint stipulation and dispositive briefs to December 14, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties complete mediation of this case on or before November 14, 2017, and that the parties file the joint stipulation and dispositive briefs pursuant to the Court's Specialized Case Management Order on or before December 14, 2017. In all other regards, the parties shall comply with the Specialized Case Management Order.

**AND, IT IS SO ORDERED.**

                                                                           <u>s/Mary Geiger Lewis</u>
                                                                           The Honorable Mary Geiger Lewis
                                                                           United States District Judge

September 15, 2017
Columbia, South Carolina